

**January 23, 1997**

19977 State v. Hoopii Affirmed

**January 28, 1998**

20219 State v. Kaululaau Affirmed